No. 197. FEDERAL CRUDE OIL Co. *v.* YOUNT-LEE OIL Co. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William D. Gordon* and *E. E. Easterling* for petitioner. *Messrs. Beeman Strong* and *Will E. Orgain* for respondents. ▆

No. 198. WELLS, TRUSTEE, *v.* BOYLE, TREASURER OF CUYAHOGA COUNTY, OHIO. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Amos Burt Thompson* for petitioner. *Mr. Fred W. Green* for respondent. ▆

No. 202. RALPH FELDMAN *v.* UNITED STATES; and

No. 203. JACOB FELDMAN *v.* SAME. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Warren H. Van Kirk* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 104 F. 2d 255.

No. 206. A. S. BOYLE Co. *v.* PACIFIC MARINE SUPPLY Co. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George P. Dike* and *Cedric W. Porter* for petitioner. *Mr. Fred H. Miller* for respondents. ▆

No. 207. MCLEAN ET AL. *v.* TEXAS COMPANY. October 9, 1939. Petition for writ of certiorari to the Circuit